UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH JIN,
    Plaintiff,

v.                                              Case No: 8:18-cv-2342-JSM-SPF

TAIYO INTERNATIONAL INC. d/b/a
YAMATO JAPANESE STEAKHOUASE
& SUSHI BAR, INC. and
KIL D. HAN,

    Defendants.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement and Dismissal of this Matter with Prejudice (Doc. 14). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Dismissal of this Matter with Prejudice (Doc. 14) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions, if any, are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of January, 2019.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record